# Third District Court of Appeal

**State of Florida**

Opinion filed December 23, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2519
Lower Tribunal Nos. 14-1709 & 1277362203

_____

**Hope Madu Onye,**
Appellant,

vs.

**Department of Revenue o/b/o Johnnel E. Missick,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Martin Shapiro, Judge.

Hope Madu Onye, in proper person.

No appearance, for appellee.

Before ROTHENBERG, SALTER and LOGUE, JJ.

LOGUE, J.

We reverse the award of retroactive child support because the record is silent as to whether the former husband and the former wife resided together with

the children during the period of retroactivity. <u>See</u> <u>Motie v. Motie</u>, 132 So. 3d 1210, 1214-15 (Fla. 5th DCA 2014); <u>see also</u> § 61.30(17), Fla. Stat. (2014). We affirm the trial court's order on all other grounds.